UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRE'VON A. WOODARDS, | § | |
|     Plaintiff, | § | |
| v. | § | Civil Action No. 3:21-CV-1950-B-BH |
| | § | |
| CREDIT KARMA, LLC, JP MORGAN | § | |
| CHASE & CO., WELLS FARGO | § | |
| BANK, N.A., TRANSUNION, | § | |
| EQUIFAX INC., THE FEDERAL | § | |
| GOVERNMENT, and EXPERIAN | § | |
| INFORMATION SOLUTIONS, INC., | § | |
|     Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since the plaintiff has not timely filed an amended complaint, *JP Morgan Chase &Co.'s 12(b)(6) Motion to Dismiss*, filed August 26, 2021 (doc. 3); *Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Pursuant to Rule 12(b)(6)*, filed August 26, 2021 (doc. 5); and *Credit Karma, LLC's Motion to Dismiss the Complaint*, filed August 30, 2021 (doc. 11), are **GRANTED**. By separate judgment, the plaintiff's claims against these defendants will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.  His claims against the unserved defendants will also be **DISMISSED with prejudice** *sua sponte* for failure to state a claim.

**SIGNED** this 22nd day of February, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE